UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

MYRIAM ZAYAS,

                Plaintiff,

   v.

JAY INSLEE,

                Defendant.

CASE NO. 3:24-CV-5362-DGE

REPORT AND RECOMMENDATION

Noting Date: July 24, 2024

       The District Court has referred Plaintiff Myriam Zayas's pending Application to Proceed *In Forma Pauperis* ("IFP") and proposed complaint to United States Magistrate Judge David W. Christel pursuant to Amended General Order 11-22.

       On May 11, 2024, Plaintiff filed an application to proceed IFP and a proposed complaint. *See* Dkt. 1. On May 28, 2024, the Court screened Plaintiff's proposed complaint and found it was deficient because Plaintiff failed to state a claim for which relief may be granted. *See* Dkt. 5. The Court directed Plaintiff to file an amended pleading by June 25, 2024, to cure the identified deficiencies. *Id*. The Court warned that failure to file an amended complaint or adequately

REPORT AND RECOMMENDATION - 1

respond to the issues identified in the Order would result in the Court recommending dismissal of this matter. *Id*.

Plaintiff has failed to comply with the Court's Order. She has not filed a response to the Order or filed an amended complaint. Further, as discussed in the Order, Plaintiff has failed to state a claim upon which relief can be granted in the proposed complaint. *See* Dkts. 1-1, 5. Therefore, the Court recommends the Application to Proceed IFP (Dkt. 1) be denied and this case be dismissed without prejudice.

Pursuant to 28 U.S.C. § 636(b)(1) and Fed. R. Civ. P. 72(b), the parties shall have fourteen (14) days from service of this report to file written objections. *See also* Fed. R. Civ. P. 6. Failure to file objections will result in a waiver of those objections for purposes of *de novo* review by the district judge, *see* 28 U.S.C. § 636(b)(1)(C), and can result in a waiver of those objections for purposes of appeal. *See Thomas v. Arn*, 474 U.S. 140, 142 (1985); *Miranda v. Anchondo*, 684 F.3d 844, 848 (9th Cir. 2012) (citations omitted). Accommodating the time limit imposed by Fed. R. Civ. P. 72(b), the Clerk is directed to set the matter for consideration on July 24, 2024, as noted in the caption.

Dated this 3rd day of July, 2024.

*[signature]*

David W. Christel
United States Magistrate Judge

REPORT AND RECOMMENDATION - 2