UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

MYRIAM ZAYAS,

                Plaintiff,

v.

JAY INSLEE,

                Defendant.

No. 3:24-cv-05362-DGE

**ORDER ADOPTING REPORT AND RECOMMENDATION**

The Court, having reviewed the Report and Recommendation (Dkt. No. 6) of Magistrate Judge David W. Christel and having reviewed de novo the remaining record, does hereby find and ORDER:

(1) The Court adopts the Report and Recommendation (Dkt. No. 6).

(2) This case is dismissed without prejudice because Plaintiff has failed to state a claim and failed to respond to the Court's order.

(3) The Clerk is directed to send copies of this Order to Plaintiff, counsel for Defendants, and to the Hon. David W. Christel.

**DATED** this 29th day of July, 2024.

David G. Estudillo
United States District Judge

ORDER ADOPTING REPORT AND RECOMMENDATION- 1